THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES DUNNING, Defendant-Appellant.

(No. 73-253;

Fifth District—April 2, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Robert Howerton, State's Attorney, of Marion, for the People.